

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/14/11

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **TERRANCE T. BROWN**<br>**LA. DOC #432458** | **CIVIL ACTION NO. 3:10-cv-1618** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **THE STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's Complaint be **DISMISSED WITH PREJUDICE** as malicious, frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief against defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

**MONROE, LOUISIANA**, this 14 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE